```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION


SOCORRO LOYA CHAVEZ                                      PETITIONER

VS.                          CIVIL ACTION NO. 3:23-CV-583-TSL-RPM

F.C.I. YAZOO CITY LOW
(WARDEN)                                                 RESPONDENT
```

ORDER

This cause came on to be heard upon the report and recommendation of United States Magistrate Judge Robert P. Myers, and the court, having fully reviewed the report and recommendation entered in this cause on April 23, 2025, and no objection having been filed and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the April 23, 2025 report and recommendation of of the magistrate judge is hereby adopted as the opinion of this court. Accordingly, it is further ordered that respondent's petition for writ of habeas corpus is denied. A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 23rd day of May, 2025.


                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE